IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20884
Conference Calendar
_____


DAN HOLLOWAY, JR.,

                                        Plaintiff-Appellant,

versus

TEXAS DEP'T OF CRIMINAL JUSTICE -
MEDICAL DEP'T, ET. AL.,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CV-161
- - - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The appellate brief submitted by Dan Holloway, Jr., does not contain citation to authority or to the record. Holloway makes no effort to identify any purported error the district court made in dismissing his civil rights suit. We DISMISS the appeal for want of prosecution. See 5th Cir. R. 42.3.2.

DISMISSED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.